**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cr-00290-ABD

**United States of America,**

v.

**Eddie Lee Smith, Jr.**

## ORDER ACCEPTING PLEA

The Court has reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 6, 2026, wherein the defendant Eddie Lee Smith, Jr. waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11 Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the guilty plea be accepted. Defendant has not filed or otherwise indicated any opposition to the Report and Recommendation. The Court accordingly enters the following order:

ORDERED: The defendant Eddie Lee Smith, Jr.'s plea of guilty to Count One (1) is accepted.

*So ordered by the Court on October 20, 2026.*

ANDREW DAVIS
United States District Judge